

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | April 8, 2026 |
| U.S. v.  GUSTAVO FIGUEROA ARTISTA 4:26MJ3051 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | TESSIE SMITH, AUSA |

Be advised that the above-named Defendant is now in custody.  You may unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐　　Unseal the Indictment and any underlying Magistrate Case

☒　　Unseal the Magistrate Case

☐　　Unseal the Indictment but the underlying Complaint and Affidavit should remain

**Restricted**

☐　　Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain

**Restricted**